Gregory Gorski (*admitted pro hac vice*)
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110
Telephone:  (215) 735-8600
Facsimile:   (215) 940-8000
ggorski@consumerlawfirm.com

*Attorney for Plaintiff Teresa Turley*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERESA TURLEY**<br><br>**Plaintiff,**<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC. AND ADVANTAGE CREDIT BUREAU, INC.**<br><br>**Defendants.** | **Civil Action No. SACV 13-1528 GAF (JCx)**<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, on this 21st day of October, 2014, by and between Plaintiff and Defendant Experian Information Solutions, Inc. that pursuant to Fed. R. Civ. P. 41, this action be dismissed with prejudice, with each party to bear her or its own attorney's fees, costs and expenses incurred.

| | |
|---|---|
| */s/ Gregory Gorski* <br> GREGORY GORSKI <br> **FRANCIS & MAILMAN, P.C.** <br> Land Title Building, 19th Floor <br> 100 South Broad Street <br> Philadelphia, PA 19110 <br> 215-735-8600 (Telephone) <br> 215-940-8000 (Fax) <br> ggorski@consumerlawfirm.com <br><br> Attorneys for Plaintiff | */s/ Katherine A. Klimkowski* <br> KATHERINE A. KLIMKOWSKI <br> **JONES DAY** <br> 3161 Michelson Dr., Suite 800 <br> Irvine, CA 92612 <br> 949-851-3939 (Telephone) <br> 949-553-7539 (Fax) <br> kaklimkowski@jonesday.com <br><br> Attorneys for Defendant <br> Experian Information Solutions, Inc. |