Gregory Gorski (*admitted pro hac vice*)
**FRANCIS & MAILMAN, P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110
Telephone:   (215) 735-8600
Facsimile:   (215) 940-8000
ggorski@consumerlawfirm.com

*Attorney for Plaintiff Teresa Turley*

JS-6

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERESA TURLEY**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC. AND ADVANTAGE CREDIT BUREAU, INC.**<br><br>**Defendants.** | **Civil Action No. SACV 13-1528 GAF (JCx)**<br><br>**ORDER** |

This matter, having come before the Court upon presentation of a Joint Stipulation of Dismissal, it is hereby ORDERED that:

Defendant Experian Information Solutions, Inc. is dismissed with prejudice, with each party to bear her/its own attorney's fees, costs and expenses incurred.

Dated:  October 21, 2014

_____
GARY A. FEESS,      U.S.D.J.

JS-6

1
ORDER